AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff-Respondent,

v.

ROBERT GENE RAND, *et al.*,

          Defendant-Petitioner.

JUDGMENT

Case Number: 3:16-cr-00029-MMD-WGC
(Related Case 3:23-cv-00321-MMD)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 821) is **DENIED**.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly, and this case is closed.

Date: December 8, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*